## Pool *v.* The State.

Gilbert, J.   The evidence authorized the verdict, and none of the assignments of error are meritorious.

*Judgment affirmed. All the Justices concur.*

No. 134.   June 14, 1917.

Indictment for murder.   Before Judge Hardeman.   Washington superior court:   December 28, 1916.

*Jordan & Harris, B. T. Rawlings, A. R. Wright,* and *J. E. Hyman,* for plaintiff in error.

*Clifford Walker, attorney-general, Walter F. Grey, solicitor-general,* and *M. C. Bennet,* contra.

---

## Henderson *v.* The State.

Gilbert, J.   1. The court did not err, as complained in the amended motion, in regard to the admission of evidence.

2. The verdict in this case is dependent entirely on circumstantial evidence. The proved facts are consistent with innocence, and are insufficient to exclude every reasonable hypothesis save that of the guilt of the accused. Suspicion of guilt will not authorize a conviction. Penal Code (1910), § 1010; *Williams* v. *State,* 113 *Ga.* 721 (39 S. E. 487). It was error to refuse a new trial.

*Judgment reversed. All the Justices concur.*

No. 152.   June 14, 1917.

Indictment for murder.   Before Judge Worrill.   Randolph superior court.   January 20, 1917.

*J. W. Harris, P. C. King,* and *G. H. Perry,* for plaintiff in error. *Clifford Walker, attorney-general, B. T. Castellow, solicitor-general, R. R. Arnold,* and *M. C. Bennet,* contra.